# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Pregerson, Dean D. | 2. Court or Organization<br><br>Central District of California | 3. Date of Report<br><br>05/08/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>312 N. Spring Street<br>Los Angeles, CA 90012 |
|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | Salvation Army Los Angeles Metropolitan |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/08/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Estate, Pacific Palisades | F | Rent | P1 | W | | | | | |
| 2. Brokerage Account #1 (H) | | | | | | | | | |
| 3. Schwab Money Market (SWFXX) (cash) | A | Int./Div. | J | T | | | | | |
| 4. Schwab Value Advantage (SWVXX) (Y) | | | | | | | | | |
| 5. MICROSOFT CORP (MSFT) (X) | D | Dividend | N | T | | | | | |
| 6. Angel Oak Flexible Income (ANFIX) | A | Dividend | | | Sold (part) | 04/08/17 | J | | |
| 7. | | | | | Sold | 05/03/17 | J | A | |
| 8. Doubleline Total Return (DBLTX) | A | Dividend | | | Sold (part) | 04/08/17 | J | | |
| 9. | | | | | Sold | 05/03/17 | J | | |
| 10. Riverpark Short Term (RPHIX) | A | Dividend | | | Sold (part) | 04/08/17 | J | | |
| 11. | | | | | Sold (part) | 06/05/17 | J | | |
| 12. | | | | | Sold | 10/25/17 | J | | |
| 13. Stone Ridge Alt. Lending (LENDX) | A | Dividend | | | Sold (part) | 06/16/17 | J | | |
| 14. | | | | | Sold | 10/25/17 | J | | |
| 15. American Beacon Bridgeway Large Cap Value Y (BWLYX) | | None | | | Sold | 06/05/17 | J | A | |
| 16. Artisan Int'l Fund Adv (APDIX) | | None | | | Sold (part) | 05/17/17 | J | | |
| 17. | | | | | Sold | 06/16/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,000 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ashmore Emerging Markets (EFEIX) | A | Dividend | | | Sold | 08/22/17 | J | A | |
| 19. Dodge & Cox Int'l Stocks (DODFX) | | None | | | Sold (part) | 03/21/17 | L | A | |
| 20. | | | | | Sold | 04/18/17 | J | A | |
| 21. Driehaus Frontier Emerging Markets (DRFRX) | | None | | | Sold | 04/18/17 | J | A | |
| 22. Fidelity Contrafund (FCNTX) | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 23. | | | | | Sold | 08/21/17 | K | A | |
| 24. FMI Large Cap Fund Inst (FMIQX) | | None | | | Sold | 05/03/17 | J | A | |
| 25. | | | | | Sold | 08/22/17 | J | A | |
| 26. Glenmede Secured Options (GTSOX) | | None | | | Sold | 03/23/17 | L | | |
| 27. Glenmede Secured Options Inst. (GLSOX) | | None | | | Buy | 03/23/17 | L | | |
| 28. | | | | | Sold | 05/03/17 | J | A | |
| 29. JPMorgan Mid Cap Value (FLMVX) | | None | | | Sold | 04/20/17 | J | | |
| 30. Oberweis Int'l Opportunity Fund (OBIIX) | | None | | | Sold (part) | 04/18/17 | J | A | |
| 31. | | | | | Sold (part) | 05/03/17 | J | A | |
| 32. | | | | | Sold | 05/25/17 | J | A | |
| 33. Stone Ridge All Asset Variance (AVRPX) | | None | | | Buy (add'l) | 01/04/17 | J | | |
| 34. | | | | | Buy (add'l) | 01/13/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 10/13/17 | J | A | |
| 36. Stone Ridge Reinsurance Risk (SRRIX) | | None | | | Buy (add'l) | 02/17/17 | J | | |
| 37. | | | | | Sold | 11/17/17 | J | | |
| 38. Touchstone Small Cap Fund (TSFYX) | | None | | | Sold | 04/18/17 | K | | |
| 39. Voya Midcap Opportynity Fund I (NMCIX) | | None | | | Sold (part) | 03/21/17 | K | A | |
| 40. | | | | | Sold | 04/27/17 | J | A | |
| 41. Voya Scrutinized Credit (VCFIX) | | None | | | Sold (part) | 04/08/17 | J | | |
| 42. | | | | | Sold (part) | 05/03/17 | J | A | |
| 43. | | | | | Sold | 10/25/17 | J | A | |
| 44. ELEMENTS US SMALL CAP: (ELSMX) | | None | | | Buy | 04/28/17 | J | | |
| 45. | | | | | Sold (part) | 08/21/17 | J | | |
| 46. | | | | | Sold | 10/25/17 | J | A | |
| 47. ELEMENTS INTERNATIONAL SMALL CAP PORT: (ELISX) | | None | | | Buy | 05/26/17 | J | | |
| 48. | | | | | Sold | 10/25/17 | J | A | |
| 49. Metlife Ins Co of Connecticut Annuity (variable) (H) | | | | | | | | | |
| 50. Pimco Total Return | | None | K | T | | | | | |
| 51. Pioneer Strat Income | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Met Eaton Floating | | None | K | T | | | | | |
| 53. MFS Emerging Markets | | None | J | T | | | | | |
| 54. Amer Funds Growth | | None | J | T | | | | | |
| 55. Harris Oakmark Intnl | | None | J | T | | | | | |
| 56. Met Intnl SM Company | | None | J | T | | | | | |
| 57. Brock Bond Income | | None | J | T | | | | | |
| 58. Neub Berman Genesis | | None | J | T | | | | | |
| 59. MFSValue Portfolio A | | None | J | T | | | | | |
| 60. LMIS Say SMCap Core | | None | J | T | | | | | |
| 61. Clarion Global Real | | None | J | T | | | | | |
| 62. IRA #1 (H) | | | | | | | | | |
| 63. Schwab Money Market (SWGXX) | A | Interest | K | T | | | | | |
| 64. Angel Oak Flexible Income (ANFIX) | C | Dividend | | | Sold | 09/25/17 | L | | |
| 65. DoubleLine Total Return Bond I (DBLTX) | C | Interest | L | T | | | | | |
| 66. GUGGENHEIM MACRO OPPTY GUGGENHEIM MACRO OPPTY (GIOIX) | A | Dividend | L | T | Buy | 09/25/17 | L | | |
| 67. Riverpark Short Term Hi Yield (RPHIX) | B | Dividend | K | T | | | | | |
| 68. Stone Ridge ALT Lending (LENDX) | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. VOYA Securitized Credit (VCFIX) | B | Dividend | K | T | | | | | |
| 70. ELEMENTS EMERGING MARKETS PORT (ELMMX) | C | Dividend | L | T | Buy | 06/13/17 | K | | |
| 71. | | | | | Buy (add'l) | 06/26/17 | K | | |
| 72. ELEMENTS INTERNATIONAL PORT: (ELINX) | C | Dividend | M | T | Buy | 05/17/17 | L | | |
| 73. | | | | | Buy (add'l) | 05/18/17 | L | | |
| 74. ELEMENTS INTERNATIONAL SMALL CAP PORT: (ELISX) | B | Dividend | L | T | Buy | 04/19/17 | L | | |
| 75. ELEMENTS US PORT: (ELUSX) | C | Dividend | N | T | Buy | 04/19/17 | N | | |
| 76. | | | | | Sold (part) | 08/10/17 | J | | |
| 77. | | | | | Sold (part) | 08/17/17 | J | | |
| 78. ELEMENTS US SMALL CAP: (ELSMX) | A | Dividend | L | T | Buy | 04/20/17 | L | | |
| 79. Glenmede Secured Options (GTSOX) | | None | | | Sold | 03/24/17 | L | | |
| 80. Glenmede Secured Options Inst. (GLSOX) | C | Dividend | L | T | Buy | 03/24/17 | L | | |
| 81. | | | | | Sold (part) | 12/14/17 | J | | |
| 82. Stoneridge All Asset Risk Premium (AVRPX) | E | Dividend | M | T | Buy (add'l) | 12/14/17 | J | | |
| 83. StoneRidge Reinsurance Risk Premium Fd (SRPIX) | A | Dividend | L | T | | | | | |
| 84. FMI Large Cap Fund INST (FMIQX) | | None | | | Sold | 04/18/17 | M | | |
| 85. Fidelity Contrafund (FCNTX) | A | Dividend | | | Sold | 04/18/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. JP Morgan Mid-Cap Value Fund (FLMVX) | | None | | | Sold | 04/20/17 | K | | |
| 87. Touchstone Small Cap Core (TSFYX) | | None | | | Sold | 04/27/17 | K | | |
| 88. Dodge & Cox International Stock Fund (DODFX) | | None | | | Sold | 05/17/17 | L | | |
| 89. American Beacon Bridgeway Lg Cap (BWLYX) | | None | | | Sold | 04/18/17 | M | | |
| 90. Artisan INTL Funds ADV (APDIX) | | None | | | Sold | 05/17/17 | L | | |
| 91. Ashmore Emerging Markets Frontier (EFEIX) | A | Dividend | | | Sold | 06/09/17 | K | | |
| 92. Driehaus Frontier EMRG (DRFRX) | | None | | | Sold | 06/23/17 | K | | |
| 93. Oberweis INTL OPPTY FD (OBIIX) | | None | | | Sold | 05/19/17 | K | | |
| 94. Voya MidCap Opportunities (NMCIX) | | None | | | Sold | 04/27/17 | K | | |
| 95. IRA #2 (H) | | | | | | | | | |
| 96. Angel Flexible Income (ANFIX) | A | Dividend | | | Sold | 09/22/17 | J | | |
| 97. Angel Oak Multi-Strategy Fund (ANGIX) | A | Dividend | J | T | | | | | |
| 98. Double Line Total Return Bond (DBLTX) | A | Dividend | J | T | | | | | |
| 99. GUGGENHEIM MACRO OPPTY INST (GIOIX) | A | Dividend | J | T | Buy | 09/25/17 | J | | |
| 100. PIMCO Total Return Fund (PTTRX) | A | Dividend | J | T | | | | | |
| 101. AMG Yacktman Fund (YACKX) | A | Dividend | J | T | | | | | |
| 102. DRIEHAUS FRONTIER EMRG MKTS FD (DRFRX) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ELEMENTS INTERNATIONAL PORT: (ELINX) | A | Dividend | J | T | Buy | 05/18/17 | J | | |
| 104. ELEMENTS US PORT: (ELUSX) | A | Dividend | J | T | Buy | 04/19/17 | J | | |
| 105. ELEMENTS US SMALL CAP: (ELSMX) | A | Dividend | J | T | Buy | 04/28/17 | J | | |
| 106. Touchstone Small Cap Core (TSFYX) | | None | | | Sold | 04/27/17 | J | | |
| 107. Dodge & Cox International Stock Fund (DODFX) | | None | | | Sold | 05/17/17 | J | | |
| 108. Fidelity Contra Fund (FCNTX) | A | Dividend | | | Sold | 04/18/17 | J | | |
| 109. FMI Large Cap FD INST (FMIQX) | | None | | | Sold | 04/18/17 | J | | |
| 110. Oakmark International Sm Cap Fd (OAKEX) | A | Dividend | J | T | Sold (part) | 01/12/17 | J | | |
| 111. Voya Midcap Opportunity Fund (NMCIX) | | None | | | Sold | 04/27/17 | J | | |
| 112. Stoneridge All Asset (AVRPX) | A | Dividend | J | T | | | | | |
| 113. Stoneridge Reinsurance Risk Premium Fund (SRRIX) | A | Dividend | J | T | | | | | |
| 114. Trust #1 (H) | | | | | | | | | |
| 115. Cash - Charles Schwab (Y) | | | | | | | | | |
| 116. IShares Russell 2000 (IWM) | B | Dividend | M | T | | | | | |
| 117. Vanguard Growth (VUG) | C | Dividend | N | T | | | | | |
| 118. XTRACKERS MSCI EURPE HDGD EQY ETF (DBEU) | C | Dividend | M | T | | | | | |
| 119. ANGEL OAK MULTI STRATEGY INCM FD INSTL (ANGIX) | C | Dividend | M | T | Buy | 05/04/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Doubleline Total Return (DBLTX) | D | Dividend | M | T | | | | | |
| 121. EATON VANCE FLOATING RATE & HIGH INC I (EIFHX) | D | Dividend | M | T | Buy (add'l) | 02/06/17 | K | | |
| 122. VANGUARD SHORT TERM TAX EXEMPT ADMIRAL SHARE (VWSUX) | C | Dividend | N | T | Buy | 02/06/17 | N | | |
| 123. ARIEL INTL FD INST (AINIX) | B | Dividend | L | T | Buy | 10/16/17 | M | | |
| 124. Matthews Asia Dividend (MIPIX) | D | Dividend | M | T | | | | | |
| 125. Vanguard Mid Cap Value Index (VMVAX) | | None | N | T | | | | | |
| 126. Vanguard 500 Index Fund (VFIAX) | D | Dividend | O | T | | | | | |
| 127. WCM Focused Int'l Growth Fund (WCMIX) | A | Dividend | M | T | | | | | |
| 128. Vaneck Vectors Unco Oil (FRAK) | | None | | | Sold | 10/13/17 | K | D | |
| 129. Pershing Square Ord Fund (Y) | | | | | | | | | |
| 130. TCW Total Return Bond Fund (TGLMX) | B | Dividend | | | Sold (part) | 03/15/17 | K | | |
| 131. | | | | | Sold | 05/04/17 | M | | |
| 132. JP Morgan Chase Alerian (AMJ) | C | Dividend | | | Sold | 10/13/17 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/08/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 118 and 121: Name changes; see 2016, lines 110 and 112, respectively.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dean D. Pregerson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544